### M. ZIMMERMAN CO. v. GROHS et al.

(Supreme Court, Appellate Term, First Department. April 14, 1914.)

INFANTS (§ 100*)—ACTIONS—LIABILITY FOR PRICE OF GOODS.

Where the uncontradicted evidence showed that at the time of the sale of the goods defendant was a minor, and that the shop where they were delivered was owned by his mother, evidence that he told the seller's driver that he was the "boss" will not support a personal judgment against him for the value of the goods.

[Ed. Note.—For other cases, see Infants, Cent. Dig. § 295; Dec. Dig. § 100.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the M. Zimmerman Company against Joseph Grohs and another. From a judgment for plaintiff, the named defendant appeals. Reversed, and complaint dismissed.

Argued March term, 1914, before SEABURY, LEHMAN, and BIJUR, JJ.

Samuel N. Freedman, of New York City, for appellant.
Joseph G. Abramson, of New York City, for respondent.

BIJUR, J. This action was brought to recover for goods sold and delivered. The only evidence on which it was sought to charge the defendant personally for the goods, which were delivered to a delica-

tessen store, was that he had told plaintiff's driver that he was the "boss." Moreover, defendant proved, without contradiction, that the store was owned and operated by his mother, and that he had not at the time attained his majority by over a year.

Judgment reversed, with costs, and complaint dismissed, with costs to appellant. All concur.